# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. 1:12-cv-01742-DLB PC<br><br>**ORDER DISREGARDING MOTION FOR LEAVE TO AMEND**<br><br>ECF No. 11 |

Plaintiff Jorge Perez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On November 2, 2012, Plaintiff filed a motion for leave to amend his complaint. ECF No. 11. Plaintiff's motion is disregarded. Plaintiff may generally amend once as a matter of course without leave of the Court. Fed. R. Civ. P. 15(a).

IT IS SO ORDERED.

Dated: **November 29, 2012**                    /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE

1